United States District Court

Middle District Florida

| | |
|---|---|
| Daniel A. Bernath, | ) 2:16-cv-596-FtM-99MRM |
| plaintiff, | ) Notice of Motion and Motion |
| | ) to exceed page limit on Motion |
| vs. | ) for Sanctions for threatening |
| | ) Victim and Witnesses |
| The American Legion, | ) |
| Don Shipley, Diane Shipley, | ) Additional evidence of defendants |
| Extreme Seal Experience LLC | ) Don Shipley, Diane Shipley, |
| Mark Cameron Seavey, | ) Extreme Seal Experience LLC, |
| Terrence B. Hoey, | ) and their cult followers threatening |
| Scott Hughes, Jonn Lilyea, | ) physical harm and death to Plaintiff |
| Sparks, | ) |
| defendants. | ) |

NOTICE IS GIVEN that at a time and place set by the Court, Plaintiff shall move this Court and hereby moves this Court for an Order that he be permitted to exceed the page limit in his motion to sanction defendants for threatening the life of plaintiff and for intimidating Plaintiff in violation of United States law.

Said motion is based upon the latest threats to kill plaintiff by Don Shipley, Diane Shipley and Extreme Seal Experience LLC, as these defendants handle a shot gun and shot gun shells and either personally or though their agent/cult followers state that Bernath must be killed and one of the shotgun shells must be reserved for "one for our favorite dickhead in Ft. Myers." (Exhibit attached)

September 19, 2016  Daniel A. Bernath

I served the foregoing on interested parties by US Mail and electronically, I swear under penalty of perjury, on September 19, 2016. Daniel A. Bernath



## A Big Thank you to our supporters

September 18th, 2016

Because of all the love and support from all of you



09/18/2016 16:11:41 *Devil dog* said.... All you're missing now are some Bernath silhouette targets to shoot at. Some of the boys need to practice first
*6 people like this*



09/18/2016 19:13:21 phony *hater* said....

**one for our favorite dickhead in Ft. Meyers**